AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Arkansas__

CARRON JOHNSON

Plaintiff(s),

V.

ROEHL TRANSPORT, INC.; DERRICK KNIGHT

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:09 CV-279

Notice is hereby given that, subject to approval by the court, __Carron Johnson__ substitutes
(Party (s) Name)

__J. Sky Tapp__, State Bar No. __Ark. 76123__ as counsel of record in
(Name of New Attorney)

place of __James Lucas Graham__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Tapp Law Offices
Address: 523 Orange Street, Hot Springs, AR 71901
Telephone: (501) 624-7719      Facsimile (501) 624-1521
E-Mail (Optional):

I consent to the above substitution.
Date: May 05, 2010                  _(Signature of Party (s))_

I consent to being substituted.
Date: 4/27/10                       _(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 4/27/10                       _(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 5-13-2010                     _____
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]