# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CARRON JOHNSON**                                                                              **PLAINTIFF**

**v.**                        **CASE NO. 4:09-CV-00279 BSM**

**ROEHL TRANSPORT, INC., et al**                                                   **DEFENDANTS**

## ORDER

The parties state that they have come to a full and final settlement and move [Doc. No. 38] to dismiss the case with prejudice. The motion to dismiss is granted. The case is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 29th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE